## STEPHENS *vs.* WALLIS.

CERTIORARI, FROM STEWART. Criminal Law. Certiorari. Costs. Levy and Sale. Prohibition. (Before Judge Fort.)

Hall, J.—A certiorari does not lie to proceedings before a justice of the peace binding over to the Superior Court a party arrested upon a warrant, either to keep the peace or for his good behavior. While there is no precedent or authority for inserting in such a warrant a direction to the arresting officer to levy upon, and hold the property of the defendant for the payment of costs in case of conviction, and if the officer does so levy and proceed to sell the property, it is without lawful warrant or authority; still, certiorari is not the proper remedy to restrain this excessive exercise of power. If an affidavit of illegality will not

lie, a remedy may be had by the writ of prohibition. Code, §§4749, et seq., 3209 (a).

(a) This case differs from that of Hayden vs. State, 40 Ga., 476.

Judgment affirmed.

J. L. Wimberly & Son ; E. H. Beall; R. F. Watts, for plaintiff in error.

No appearance for defendant.